# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LLOYD W. ANDERSON II, | Case No. 2:15-cv-01807-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| SHELLPOINT MORTGAGE SE, et al., | |
| Defendant(s). | |

This matter is before the court on the failure of Plaintiff to file a Certificate of Interested Parties. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply.

Accordingly, **IT IS ORDERED** that Plaintiff shall file a Certificate of Interested Parties, which fully complies with LR 7.1-1, **no later than 4:00 p.m., October 16, 2015.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED: October 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge