UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LLOYD W. ANDERSON, II, | Case No. 2:15-cv-01807-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| SHELLPOINT MORTGAGE SE, et al., | (Docket No. 23) |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the deadline for Defendant New Penn Financial, LLC (d/b/a Shellpoint Mortgage) ("Defendant") to respond to the complaint so that the parties may discuss settlement. Docket No. 23. The deadline for Defendant to respond to the complaint appears to have expired roughly six months ago. *See* Docket No. 13 (summons returned executed showing service on December 3, 2015). The parties have failed to establish excusable neglect for filing the pending stipulation after the pertinent deadline expired. *See* Fed. R. Civ. P. 6(b)(2).[1] Moreover, these parties have already had more than enough time to discuss possible resolution. Accordingly, the stipulation is **DENIED**.

IT IS SO ORDERED.

DATED: June 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] In the intervening half-year, this case has been moving forward without Defendant. Discovery is currently set to close on July 20, 2016. *See* Docket No. 20.