Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Lloyd W. Anderson II*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LLOYD W. ANDERSON II,<br><br>          Plaintiff,<br><br>v.<br><br>SHELLPOINT MORTGAGE SE AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | Case No.: 2:15-cv-01807-RFB-NJK<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING (ERRONEOUSLY SUED AS "SHELLPOINT MORTGAGE SE")** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Lloyd W. Anderson II ("Plaintiff") and Defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing (erroneously sued as "Shellpoint Mortgage SE") ("Shellpoint") move this Court to dismiss without prejudice Plaintiff's claims against Shellpoint only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 22nd day of June 2016.

Respectfully submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Lewis Roca Rothgerber Christie LLP**

By: /s/ J. Christopher Jorgensen
J. Christopher Jorgensen
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorney for Defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing (erroneously sued as "Shellpoint Mortgage SE")*

IT IS SO ORDERED:

DATED: June 23, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 22, 2016, the foregoing JOINT MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING (ERRONEOUSLY SUED AS "SHELLPOINT MORTGAGE SE") was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117